**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks          Date: January 11, 2013
Court Reporter: Janet Coppock                  Time: one hour and 7 minutes

**CASE NO.  12-cv-00725-PAB-CBS**

Parties                                        Counsel

**M.J. WYLIE,**                                William Boyle
                                               Scott O'Sullivan

          Plaintiff (s),

vs.

**OMNI HOTELS MANAGEMENT,**                    Benton Barton
**CORP.,**                                     Leslie Kendrick

          Defendant (s).

**TRIAL PREPARATION CONFERENCE**

**2:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter is set for a 4-day jury trial commencing January 28, 2013.

Discussion regarding plaintiff's Motion in Limine to Exclude Evidence (Doc #35).

Comments by Mr. Boyle.

Page Two
12-cv-00725-PAB-CBS
January 11, 2013

Comments by Mr. Barton.

**ORDERED:**   Plaintiff's Motion in Limine to Exclude Evidence (Doc #35) is **TAKEN UNDER ADVISEMENT.**

Court and counsel discuss Judge Brimmer's Practice Standards including jury selection of 9, voir dire by counsel limited to 15 minutes, proposed voir dire questions, opening statements limited to 30 minutes, and witness testimony time.

**ORDERED:**  Plaintiff shall submit corrected witness list with headers on each page.

**ORDERED:**  Objections to exhibits are due **January 18, 2013.**

**3:43 p.m.     COURT IN RECESS**

**Total in court time:        67 minutes**

**Hearing concluded**