**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00725-PAB-CBS

M.J. WYLIE,

    Plaintiff,

v.

OMNI HOTELS MANAGEMENT CORPORATION,,

    Defendant.

---

**FINAL JUDGMENT**

---

    This Final Judgment is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the Jury Verdict [#63 ] on January 31, 2013, which order is incorporated herein by this reference.

    This action was tried before a jury of nine duly sworn to try the issues herein with U.S. District Judge Philip A. Brimmer presiding, commencing January 28, 2013. Accordingly, It is

    ORDERED that judgment is hereby entered in favor of the defendant Omni Hotels Management Corporation and against plaintiff M..J. Wylie.  It is

    FURTHER ORDERED that the defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 1st day of February, 2013.

                                 FOR THE COURT:
                                 JEFFREY P. COLWELL, CLERK

                                 By: s/Edward P. Butler
                                       Edward P. Butler, Deputy Clerk